# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-1056**                                    **September Term, 2025**

**DOE-202-25-12**
**DOE-202-25-12A**

**Filed On: April 6, 2026** [2167181]

Sierra Club, et al.,

       Petitioners

      v.

United States Department of Energy and
Chris Wright, in his official capacity as
Secretary of Energy,

       Respondents

------------------------------

Consolidated with 26-1077

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated
Petitioner in case No. 26-1077 is directed to file the following document(s) by the
indicated date(s):

| | |
|---|---|
| Docketing Statement Form | May 6, 2026 |
| Statement of Issues to be Raised | May 6, 2026 |

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

BY:   /s/
      Francis A. Walter
      Deputy Clerk

The following forms and notices are available on the Court's website:

   Agency Docketing Statement Form