# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1056**                                **September Term, 2025**

**DOE-202-25-13A**
**DOE-202-25-12**
**DOE-202-25-12A**
**DOE-202-25-13**

**Filed On: June 29, 2026** [2181063]

Sierra Club, et al.,

      Petitioners

    v.

United States Department of Energy and
Chris Wright, in his official capacity as
Secretary of Energy,

      Respondents
------------------------------

Northern Indiana Public Service Company
LLC,

      Intervenor
------------------------------

Consolidated with 26-1057, 26-1075,
26-1076, 26-1077, 26-1078

## O R D E R

Upon consideration of respondents' unopposed motion for abeyance, it is

**ORDERED** that the motion be granted, and these consolidated cases are hereby held in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings within 30 days of this court's disposition of No. 25-1159, et al., People of the State of Michigan v. U.S. Dep't of Energy (argued May 15, 2026).

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

BY:    /s/
        Catherine J. Lavender
        Deputy Clerk