# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1056**

**September Term, 2025**

**DOE-202-25-13A**
**DOE-202-25-12**
**DOE-202-25-12A**
**DOE-202-26-19A**
**DOE-202-26-20**
**DOE-202-26-20A**
**DOE-202-26-19**
**DOE-202-25-13**

**Filed On: July 20, 2026** [2184045]

Sierra Club, et al.,

       Petitioners

    v.

United States Department of Energy and Chris
Wright, in his official capacity as Secretary of
Energy,

       Respondents

------------------------------

Northern Indiana Public Service Company LLC,
             Intervenor

------------------------------

Consolidated with 26-1057, 26-1075, 26-1076,
26-1077, 26-1078, 26-1186

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 26-1186 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | August 19, 2026 |
| Statement of Issues to be Raised | August 19, 2026 |

                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

      BY:    /s/
             Francis A. Walter
             Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form