# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-1056**                                     **September Term, 2025**

**DOE-202-25-13A**
**DOE-202-25-12**
**DOE-202-25-12A**
**DOE-202-26-19A**
**DOE-202-26-20**
**DOE-202-26-20A**
**DOE-202-26-19**
**DOE-202-25-13**

**Filed On: July 21, 2026 [2184268]**

Sierra Club, et al.,

        Petitioners

        v.

United States Department of Energy and Chris
Wright, in his official capacity as Secretary of
Energy,

        Respondents

------------------------------

Northern Indiana Public Service Company LLC,
                Intervenor
------------------------------

Consolidated with 26-1057, 26-1075, 26-1076,
26-1077, 26-1078, 26-1186, 26-1187

## O R D E R

     It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners
in case No. 26-1187 are directed to file the following document(s) by the indicated date(s):

    Docketing Statement Form                            August 20, 2026

    Statement of Issues to be Raised            August 20, 2026

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

            BY:     /s/
                    Francis A. Walter
                    Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form