**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| STATE OF MINNESOTA, STATE OF ILLINOIS, STATE OF WISCONSIN, AND THE PEOPLE OF THE STATE OF MICHIGAN<br><br>Petitioners,<br><br>v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of Energy, United States Department of Energy; UNITED STATES DEPARTMENT OF ENERGY<br><br>Respondents. | Case No. 26-1187<br><br>(Consol. with 26-1056) |

**MINNESOTA, ILLINOIS, WISCONSIN, AND THE PEOPLE OF THE STATE OF MICHIGAN'S NONBINDING STATEMENT OF ISSUES**

1. Whether Order No. 202-26-20 by Chris Wright, Secretary, United States Department of Energy, and the United States Department of Energy (collectively, "Respondents"), issued March 23, 2026 ("Order") is contrary to law because it fails to identify substantial evidence establishing the existence of an actual emergency, and because Respondents failed to engage in reasoned

decisionmaking, under section 202(c) of the Federal Power Act, 16 U.S.C. § 824a(c), or the Department's regulations implementing section 202(c), 10 C.F.R. § 205.371.

2. Whether Respondents' actions exceed the Department of Energy's authority where Respondents' actions do not respond to any specific instance of inadequate power supply as required by Section 202(c) and 10 C.F.R. § 205.371.

3. Whether Respondents' actions exceed the Department of Energy's authority where the actions require responses not listed in Section 202(c)(1).

4. Whether Respondents' actions exceed the Department of Energy's authority where they failed to set any hours of operation, limit hours of operation, or minimize environmental impact as required by Section 202(c)(3).

5. Whether Respondents' actions exceed the Department of Energy's authority where Section 201(b)(1) reserves decisions about plant retirements to the states.

6. Whether Respondents' actions impermissibly call for state governments to assist in their execution.

7. Whether Respondents' actions are unreasoned, arbitrary, and capricious, and otherwise unlawful.

This statement is a preliminary list of the issues that Petitioners may raise. Petitioners reserve the right to modify the list of issues addressed, as well as to address these and other issues in more detail in future pleadings.

Dated: August 20, 2026

Respectfully Submitted,

**KEITH ELLISON**
**ATTORNEY GENERAL**
**OF MINNESOTA**

*/s/ Peter Surdo*
Peter Surdo
Cat Rios-Keating
Ryan Pesch
*Special Assistant Attorneys General*
Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, MN 55101

**DANA NESSEL**
**MIGHICAN ATTORNEY GENERAL**

*/s/ Lucas Wollenzien*
LUCAS WOLLENZIEN (P86928)
MICHAEL E. MOODY (P51985)
Assistant Attorneys General
Special Litigation Division
P.O. Box 30755
Lansing, MI 48909
517-335-7627
WollenzienL@michigan.gov
MoodyM2@michigan.gov

**KWAME RAOUL**
**ATTORNEY GENERAL OF**
**THE STATE OF ILLINOIS**

/s/ Jason E. James
Jason E. James
Assistant Attorney General
Sarah Hunger
Deputy Solicitor General
Joanna Brinkman
Complex Litigation Counsel
Illinois Attorney General's Office
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(217) 843-0322
jason.james@ilag.gov

**STATE OF WISCONSIN**
**JOSHUA L. KAUL**
**ATTORNEY GENERAL**

/s/ Gabe Johnson-Karp
GABE JOHNSON-KARP
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-8904
gabe.johnson-karp@wisdoj.gov

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| STATE OF MINNESOTA, STATE OF ILLINOIS, STATE OF WISCONSIN, AND THE PEOPLE OF THE STATE OF MICHIGAN<br><br>Petitioners,<br><br>v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of Energy, United States Department of Energy; UNITED STATES DEPARTMENT OF ENERGY<br><br>Respondents. | Case No. 26-1187<br><br>(Consol. with 26-1056) |

**CERTIFICATE OF SERVICE**

In accordance with Fed. R. App. P. 25(d) and the Court's Administrative Order Regarding Electronic Case Filing, I hereby certify that I have, this 20th day of August, 2026, served the foregoing upon the counsel listed in the Service List Report via email through the Court's CM/ECF system.

Respectfully Submitted,

*/s/ Peter N. Surdo*

Peter N. Surdo
Special Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, MN 55101
peter.surdo@ag.state.mn.us
*Attorney for Petitioner State of Minnesota*