# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1158** **September Term, 2026**

**DOE-202-25-13A**
**DOE-202-26-19A**
**DOE-202-25-12**
**DOE-202-25-12A**
**DOE-202-26-20**
**DOE-202-26-20A**
**DOE-202-26-19**
**DOE-202-25-13**

**Filed On: October 9, 2026** [2197543]

Sierra Club, et al.,

Petitioners

v.

United States Department of Energy and Chris Wright, in his official capacity as Secretary of Energy,

Respondents

------------------------------

Consolidated with 26-1056

**O R D E R**

Upon consideration of the motion in Nos. 26-1158 and 26-1159 for extension of the certified index deadline, it is

**ORDERED** that the motion be granted. The certified indexes to the record for Nos. 26-1158 and 26-1159 are now due October 19, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk